FILED
 2015 Oct-15  AM 11:04
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DEANA MCGRIFF, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 4:14-cv-00893-KOB |
| | ) |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) |
| | ) |
| Defendant | ) |

## **MEMORANDUM OPINION**

On June 11, 2015, the magistrate judge entered his report and recommendation (doc. 20), recommending that the court affirm the decision of the Commissioner finding that the claimant is not disabled. On June 25, 2015, the claimant filed objections (doc. 21), and the Commissioner filed a response to the claimant's objections on July 9, 2015 (doc. 22).

The claimant cites five specific objections to the magistrate judge's report and recommendation that merely restate the very same issues that she included in her initial brief and that the magistrate judge thoroughly and correctly addressed in his report and recommendation. The crux of her objections centers around her mere

disagreement with the magistrate judge's findings and application of the law. To the extent that her objections relate to any alleged errors of the magistrate judge in applying the correct legal standards to the ALJ's decision, the court OVERRULES those objections. The court finds that the magistrate judge's report is well-reasoned and his recommendations are correct.

After careful *de novo* consideration of the record in this case, the magistrate judge's report and recommendation, the claimant's objections, and the Commissioner's response to those objections, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendations that the court affirm the decision of the Commissioner and deny the Motion to Remand Under Sentence 6. The court agrees with the magistrate judge that the ALJ applied the correct legal standards and that substantial evidence supports the ALJ's finding that the claimant is not disabled.

The court will enter a separate, Final Order.

DONE and ORDERED this 4th day of September, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE